UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA STAMENKOVIC,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-02384-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.  On March 31, 2026, respondents filed a response to the petition.  ECF No. 7.  On April 1, 2026, the court granted a preliminary injunction and referred the matter to the undersigned magistrate judge.  ECF No. 10.

IT IS HEREBY ORDERED that petitioner may file a traverse on or before April 20, 2026. If no traverse is filed by that date, the court will consider the petition submitted.

DATED: April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1